**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HELEN THOMPSON,

    Plaintiff,

v.                                        Case No. 8:06-cv-1201-T-17TBM

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.
_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiff's Motion to Compel Discovery** (Doc. 20). By her motion, Plaintiff seeks an Order compelling Defendant to identify with specificity the "jurisdiction" and "laws" referred to in its responses to Interrogatory Nos. 1 and 2 that it determined were applicable when denying her demand for payment of life insurance benefits due as a result of her husband's death. Defendant has not filed a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, **Plaintiff's Motion to Compel Discovery** (Doc. 20) is **GRANTED**. Defendant shall, within ten (10) days from the date of this Order, serve on Plaintiff complete responses to Interrogatory Nos. 1 and 2, specifying with particularity the provisions of Florida law upon which Defendant relies to support its claim that coverage is excluded by reason of the Decedent's intoxication.

**Done and Ordered** in Tampa, Florida, this 14th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record